The People of the State of New York, Respondent,
against
Sow Madou, Defendant-Appellant.



Defendant appeals from a judgment of the Criminal Court of the City of New York, New York County (Larry R.C. Stephen, J.), rendered February 2, 2012, after a nonjury trial, convicting him of unlicensed general vending, and imposing sentence.




Per Curiam.
Judgment of conviction (Larry R.C. Stephen, J.), rendered February 2, 2012, affirmed.
The information, consisting of the misdemeanor complaint and supporting deposition, sufficiently set forth the basis for the charge of unlicensed general vending (see Administrative Code of City of NY § 20-453), by alleging that defendant was "standing . . . immediately behind a sheet on the ground," "display[ing] and offer[ing] for sale more than five handbags" and "showing the merchandise to numerous people"; and defendant does not dispute that the People's pleading adequately alleged that he engaged in the conduct required for acting as a general vendor. Contrary to defendant's contention, the sworn police allegations - that defendant was "not displaying a license issued by the Department of Consumer Affairs and could not produce one when asked" - were "sufficiently evidentiary in character" (People v Allen, 92 NY2d 378, 385 [1998]) to establish that defendant lacked the requisite license (see People v Kasse, 22 NY3d 1142, 1143 [2014]).THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur 
Decision Date: March 14, 2016